■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v L.A. LEWIS, Appellant. [41 NYS3d 884]—Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about April 16, 2015, which adjudicated defendant a level two sexually violent predicate offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion in declining to grant defendant's request for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors defendant relied upon were adequately taken into account in the risk assessment instrument, and were, in any event, outweighed by the egregiousness of defendant's underlying conduct. Concur—Mazzarelli, J.P., Friedman, Acosta, Andrias and Moskowitz, JJ.